UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT BUENO,<br><br>        Plaintiff,<br><br>    v.<br><br>NAPA STATE HOSPITAL, et al.,<br><br>        Defendants. | Case No. 23-cv-00546-TLT<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a detainee at Napa State Hospital, filed a civil rights complaint under 42 U.S.C. § 1983. The Court denied plaintiff's motion for leave to proceed *In Forma Pauperis* in light of plaintiff's financial circumstances and ordered plaintiff to pay the filing fee within 28 days. ECF 8. That deadline has passed, and plaintiff has not paid the fee. This action is therefore DISMISSED without prejudice to plaintiff filing a motion to reopen the case upon paying the full filing fee. The clerk shall terminate all pending motions, enter judgment for defendants, and close the file.

**IT IS SO ORDERED.**

Dated: August 23, 2023

                                                TRINA L. THOMPSON
                                                United States District Judge